NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVA CHEMICALS CORPORATION (CANADA), NOVA CHEMICALS INC. (DELAWARE),**
*Plaintiffs-Appellants*

**v.**

**DOW CHEMICAL COMPANY,**
*Defendant-Appellee*

---

2015-1257

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-01601-LPS, Chief Judge Leonard P. Stark.

---

**JUDGMENT**

---

DONALD ROBERT DUNNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for plaintiffs-appellants. Also represented by MARK J. FELDSTEIN, DARREL CHRISTOPHER KARL.

HARRY J. ROPER, Jenner & Block LLP, Chicago, IL, argued for defendant-appellee. Also represented by AARON A. BARLOW, PAUL DAVID MARGOLIS, ANTON R. VALUKAS; WILLIAM ADAMS, RAYMOND N. NIMROD,

KATHLEEN M. SULLIVAN, CLELAND B. WELTON, II, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 9, 2015 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |